1  THOMAS M. McINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendant
7  EDCO GROUP, INC.

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11                                          Case No. 2:08-CV-02768-WBS-GGH

12  Matthew Wright,                         (WCAB Case No. ADJ881474)

13              Applicant,                  DEFENDANT EDCO GROUP, INC.'S
                                            REQUEST TO APPEAR AT PRETRIAL
14         v.                               SCHEDULING CONFERENCE BY
                                            TELEPHONE
15  ABI/VIP Attorney Services,

16              Defendants.

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Defendant EDCO Group, Inc. hereby requests that it be allowed to appear, by telephone, at the Pretrial Scheduling Conference in the above-referenced matter scheduled for March 9, 2009, 2:00 p.m. in Courtroom 5 of the above-entitled Court.

Counsel for Defendant's office is located at Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105, which is approximately 85 miles from the courthouse. Counsel can be reached at his direct office line at (415) 536-3406.

DATED: March 5, 2009                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____/s/_____
                    Gregory C. Cheng
Attorneys for Defendant
EDCO GROUP, INC.


## ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that counsel for Defendant, Gregory C. Cheng, may appear, by telephone, at the Pretrial Scheduling Conference, scheduled for March 9, 2009, 2:00 p.m. in Courtroom 5 of the above-entitled court. The courtroom deputy shall initiate the telephone conference call.

**IT IS SO ORDERED.**

DATED: March 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE