1   THOMAS M. McINERNEY, State Bar No. 162055
    tmm@ogletreedeakins.com
2   GREGORY C. CHENG, State Bar No. 226865
    gregory.cheng@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    Steuart Tower, Suite 1300
4   One Market Plaza
    San Francisco, California 94105
5   Telephone:     (415) 442-4810
    Facsimile:     (415) 442-4870
6
    Attorneys for Defendant
7   EDCO GROUP, INC.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                                           Case No. 2:08-CV-02768-WBS-GGH

12  Matthew Wright,
                                             DEFENDANT EDCO GROUP, INC.'S
13              Applicant,                   REQUEST TO APPEAR BY TELEPHONE

14         v.

15  ABI/VIP Attorney Services,

16              Defendants.

17

18
    ///
19
    ///
20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BY DEFENDANT EDCO GROUP, INC.

Defendant EDCO Group, Inc. hereby requests that it be allowed to appear, by telephone, at the hearing (if a hearing is necessary) on Plaintiff's Motion for Remand of Case to California Workers' Compensation Appeals Board, scheduled for April 27, 2009, 2:00 p.m. in Courtroom 5 of the above-entitled Court.

Counsel for Defendant's office is located at Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105, which is approximately 85 miles from the courthouse. Counsel can be reached at his direct office line at (415) 536-3406.

DATED: April 6, 2009

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: _____/s/_____
           Gregory C. Cheng
Attorneys for Defendant
EDCO GROUP, INC.

## ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that counsel for Defendant, Gregory C. Cheng, may appear, by telephone, for the hearing on Plaintiff's Motion for Remand of Case to California Workers' Compensation Appeals Board, scheduled for April 27, 2009, 2:00 p.m. in Courtroom 5 of the above-entitled court. The courtroom deputy shall initiate the telephone conference call.

**IT IS SO ORDERED.**

DATED: April 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On April 6, 2009, I served the following document(s) described as:

**DEFENDANT EDCO GROUP, INC.'S REQUEST TO APPEAR BY TELEPHONE**

on the persons below as follows:

MONTY L. MOLA, ESQ.
MASTAGANI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
1912 I STREET
SACRAMENTO, CA 95811

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 6, 2009, at San Francisco, California.

___Katherine Cheechov___                    ___/s/___
Type Name                                    Signature

**\* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)**